UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-8560-TJH (AS) | Date | November 16, 2016 |
|---|---|---|---|
| Title | Carl Eckstrom v. Jeffrey Beard, et al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| N/A | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER RE: THIRD AMENDED COMPLAINT**

On September 8, 2016, the Court issued an order dismissing Plaintiff's Second Amended Complaint with leave to amend ("Order of Dismissal"). (Dkt. No. 22). On October 13, 2016, Plaintiff filed "Objections" to the Order of Dismissal. (Dkt. No. 25). On November 8, 2016, the Court denied Plaintiff's Objections and ordered him to file a Third Amended Complaint ("TAC") by December 8, 2016. (Dkt. No. 27).

On November 14, 2016, Plaintiff's TAC was filed with the Court. (Dkt. No. 28). Although the Court received and docketed the TAC after Plaintiff's Objections were denied, the TAC is dated October 20, 2016. (See TAC at 24 (continuous pagination)). The TAC also states that Plaintiff's Objections "will serve as a Memorandum In Support of Third Amended Complaint" and contain "the same arguments [Plaintiff] would write for Third Amended Complaint Memorandum." (Id. at 27).

It therefore appears that Plaintiff prepared and mailed the TAC before the Court denied his Objections, and it is unclear whether the Court should screen the TAC or whether Plaintiff will seek to modify his allegations in light of the Court's order denying his Objections.

It is accordingly ORDERED that, **no later than 30 days from the date of this Order**, Plaintiff shall file either: (1) a Notice indicating that he intends to proceed on his TAC dated October 20, 2016; or (2) a Fourth Amended Complaint if he wishes to modify his allegations in light of the denial of his Objections. The allegations in any Fourth Amended Complaint must be consistent with the limitations in the Court's orders dismissing Plaintiff's prior complaints with leave to amend.

Plaintiff's failure to respond to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). IT IS SO ORDERED.