**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL ECKSTROM, | NO. CV 15-8560-TJH (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SCOTT KERNAN, et. al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 24, 2017.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE